**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

**LENICK CONSTRUCTION, INC.**          :          **Civil Action No. 14-2701**
                                                        :
          **v.**                                        :
                                                        :
**SELECTIVE WAY INSURANCE**          :
**COMPANY**                                 :
_____:


<u>**ORDER**</u>

          **AND NOW,** this 23rd day of March 2016, upon consideration of the pending Motions for

Summary Judgment in this case, and all responses and replies thereto, and for the reasons set

forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

          1. Selective Insurance Company's Motion for Summary Judgment on the Issue of

Indemnification [Doc. No. 24] is **GRANTED**;

          2. Selective Insurance Company's Motion for Summary Judgment on the Issue of

Defense Costs and Fees [Doc. No. 25] is **GRANTED**;

          3. Lenick Construction, Inc.'s Motion for Summary Judgment on the Duty to Defend and

Payment of Fees [Doc. No. 26] is **DENIED**;

          Accordingly, judgment is entered in favor of Selective Insurance Company and against

Lenick Construction, Inc.

           As the dispute between the parties has been resolved, the Clerk of Court is **DIRECTED**

to mark the case **CLOSED**.

          It is so **ORDERED**.

                                        **BY THE COURT:**

                                        **/s/ Cynthia M. Rufe**

                                        _____
                                        **CYNTHIA M. RUFE, J.**